*Perlman* for the United States. *A. J. Scampini* and *Walter E. Hettman* for respondents.

No. 315. CHAPMAN ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Earl A. Brown* for petitioners. *Solicitor General Perlman, Assistant Attorney General Vanech, Roger P. Marquis* and *George S. Swarth* for the United States.

No. 338. GROSS INCOME TAX DIVISION *v.* STRAUSS. Supreme Court of Indiana. Certiorari denied. *Cleon H. Foust,* Attorney General of Indiana, and *John J. McShane,* Deputy Attorney General, for petitioner. *Donald R. Mote* for respondent.

No. 339. GROSS INCOME TAX DIVISION *v.* QUICK. Supreme Court of Indiana. Certiorari denied. *Cleon H. Foust,* Attorney General of Indiana, and *John J. McShane,* Deputy Attorney General, for petitioner. *Albert Harvey Cole* for respondent.

No. 342. ARSTEIN ET AL. *v.* ROBERT REIS & Co. Supreme Court of New York, New York County. Certiorari denied. *Lloyd B. Kanter* for petitioners. *Ethelbert Warfield* for respondent.

No. 344. KESSLER *v.* McGLONE, EXECUTOR, ET AL. Supreme Court of Appeals of Virginia. Certiorari denied. *Marcus Borchardt* for petitioner. *John A. K. Donovan* and *Cornelius H. Doherty* for respondents.